IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       3:94cr0025-T
JEFFERY SHEALEY             )          (WO)
```

### ORDER

It is ORDERED that the petition to modify the conditions of supervised release (Doc. No. 1014) is granted as requested.

DONE, this the 17th day of May, 2005.

　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE